IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00537-BNB

MAGIN PADILLA, # 61643

    Plaintiff,

v.

JUDGE ENZOR, District Court 17th Judicial District Adams County Justice Center,
DON QUICK, D.A., AND COMPLETE STAFF, Office of Colorado District Attorney 17th
    JUDICIAL DISTRICT,
MICHAEL BRASS, D.A.,
ROBERT S. GRANT, D.A.,
GOVERNOR BILL RITTER, Colorado Department of Corrections,
JOHN SUTHERS, People of the State of Colorado— Colorado Attorney General,
MR. WILSON, Colorado State Office of Public Defenders,
PAUL CRANE, Colorado State Office of Public Defender,
JEANEEN MILLER, Colorado Division of Adult Parole and Community Corrections,
ALLEN STANLEY JOHN DOE AND JANE DOE 1-15, Colorado State Board of Parole,
SGT. NORA KURTZ–JOHN DOE & JANE DOE 1-50, Arkansas Valley Correctional
    Facility Mailroom,
WARDEN LOU ARCHULETTA, Arkansas Valley Correctional Facility,
DONA THURLOW, Colorado Department of Corrections Time Comp.,
CHRISTINE MOSCHETTI, Colorado Department of Corrections Time Comp.,
LT. STEINBECK, Arkansas Valley Correctional Facility Mailroom, and
VALUE ADDED COMMUNICATIONS/ZERO PLUS DIALING INC. LONG DISTANCE,
    PLANO, TN,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 14 2007

GREGORY C. LANGHAM
CLERK

---

ORDER GRANTING PLAINTIFF LEAVE TO PROCEED
PURSUANT TO 28 U.S.C. § 1915
WITHOUT PAYMENT OF INITIAL PARTIAL FILING FEE

---

On March 7, 2007, Plaintiff Magin Padilla filed a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Subsequently on April 13, 2007, Plaintiff filed a properly certified copy of his trust fund account statement. The Court granted Plaintiff permission to proceed in forma pauperis and directed him to pay an

initial partial filing fee of $9.00 pursuant to 28 U.S.C. § 1915(b)(1) or to show cause why he has no assets and no means by which to pay the designated initial partial filing fee by filing a current certified copy of his trust fund account statement.

On May 11, 2007, Plaintiff filed a current certified copy of his trust fund account statement. The account statement indicates that he has a negative balance available in his account. Based on the information provided about Plaintiff's financial status, the Court finds that Plaintiff is unable to pay the $9.00 initial partial filing fee pursuant to § 1915(b)(1).

Title 28 U.S.C. § 1915 requires a prisoner bringing a civil action "to pay the full amount of a filing fee." 28 U.S.C. § 1915(b)(1). If a prisoner is unable to afford the full amount of the filing fee when the case is filed, the statute provides for payment of the filing fee through an initial partial filing fee and monthly installments of the balance until the full filing fee is paid. However, "[i]n no event shall a prisoner be prohibited from bringing a civil action or appealing a civil or criminal judgment for the reason that the prisoner has no assets and no means by which to pay the initial partial filing fee." 28 U.S.C. § 1915(b)(4).

Because Plaintiff's trust fund account statement indicates that he has insufficient funds in his inmate account available to him to pay an initial partial filing fee and that he has no other available assets, Plaintiff may proceed in this action without payment of an initial partial filing fee. The Court will proceed to review Plaintiff's Complaint pursuant to 28 U.S.C. § 1915(e)(2)(B) to determine whether it is frivolous or malicious, or seeks monetary relief against a defendant who is immune from such relief.

Although Plaintiff need not pay an initial partial filing fee, he remains obligated to pay the required $350.00 filing fee through monthly installments as directed in this Order. Accordingly, it is

ORDERED that Plaintiff may proceed without payment of an initial partial filing fee. Plaintiff remains obligated to pay the full amount of the required $350.00 filing fee pursuant to § 1915(b)(1) regardless of the outcome of this action. It is

FURTHER ORDERED that, until the $350.00 filing fee is paid in full, Plaintiff shall make monthly payments to the Court of twenty percent of the preceding month's income credited to his account or show cause why he has no assets and no means by which to make each monthly payment. Plaintiff is directed to make the necessary arrangements to have the monthly payments identified by the civil action number on this Order. In order to show cause, Plaintiff must file a current certified copy of his trust fund account statement. It is

FURTHER ORDERED that if Plaintiff fails to have the appropriate monthly payment sent to the Clerk of the Court each month or to show cause each month as directed above why he has no assets and no means by which to make the monthly payment, the Complaint may be dismissed without prejudice and without further notice. It is

FURTHER ORDERED that process shall not issue until further order of the Court. It is

**FURTHER ORDERED that the Court may dismiss this action and may apply all or part of the filing fee payments tendered in this action to satisfy any filing fee**

**debt Plaintiff may owe in a prior action or actions if Plaintiff fails to stay current with his payment obligations in the prior action or actions**

DATED May 14, 2007, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland  
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-00537-BNB

Magin Padilla
Prisoner No. 61643
Arkansas Valley Corr. Facility
PO Box 1000
Crowley, CO 81034

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 5/14/07

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk